UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON WILLIS ISELI,<br><br>                 Plaintiff,<br><br>vs.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>                 Defendants. | Case No.: 24cv0523-JO (DDL)<br><br>**ORDER DISMISSING COMPLAINT** |

      Brandon Willis Iseli ("Plaintiff"), a state prisoner currently incarcerated at Pelican Bay State Prison in Crescent City, California, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Dkt. 1 ("Compl.").

      The Court dismisses his complaint because Plaintiff has neither paid the filing fee nor filed a motion to proceed *in forma pauperis* ("IFP"). *See* 28 U.S.C. § 1914(a); *Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007) (establishing that an action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed IFP).

      The Court also dismisses this action because this Court is not the proper venue for

his action. A civil action may be brought in "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located" or (2) "a judicial district in which a substantial part of the events or omissions giving rise to the claim" occurred. 28 U.S.C. § 1391(b); *Costlow v. Weeks*, 790 F.2d 1486, 1488 (9th Cir. 1986). Here, Plaintiff's complaint alleges that all Defendants reside in San Joaquin County and that all the acts which violated his rights occurred in Stockton, California—also in San Joaquin County. *See* Compl. at 2. Because he neither alleges acts occurring within nor brings claims against defendants residing in the Southern District of California, venue is not proper here. *See* 28 U.S.C. § 1391(b); *Costlow*, 790 F.2d at 1488 (explaining that venue may be raised by the Court *sua sponte* where the defendant has not yet filed a responsive pleading).

Accordingly, the Court DISMISSES this civil action *sua sponte* without prejudice to refiling in the proper venue. The Clerk of the Court is ordered to CLOSE this case.

**IT IS SO ORDERED.**

Dated: August 13, 2024

Hon. Jinsook Ohta
United States District Judge